**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 21-40135-elm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | KB HEALTHCARE, INC. | Date Filed (f) or Converted (c): | 01/25/2021 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 03/03/2021 |
| | | Claims Bar Date: | 06/08/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  J.P. Morgan Chase Bank, N.A. Business Checking - Payroll 5385 | $3,286.89 | $3,286.89 | | $3,387.69 | FA |
| **Asset Notes:** Chase has turned over all funds in this account and it is closed. | | | | | |
| 2  J.P. Morgan Chase Bank, N.A. Business Checking - Operations 3194 | $103,881.36 | $103,881.36 | | $238,795.44 | FA |
| **Asset Notes:** Chase turned over all funds in this account it has been closed. | | | | | |
| 3  Accounts Receivable 90 days or less | $1,729.87 | $1,729.87 | | $1,729.87 | FA |
| **Asset Notes:** Medicaid Accounts Receivable deposited into Chase Bank checking account 3194 on 2/4/2021. | | | | | |
| 4  Accounts Receivable 90 days or less | $10,262.61 | $10,262.61 | | $9,332.22 | FA |
| **Asset Notes:** Medicaid Accounts Receivable in the amount of $9,332.22 deposited into Chase Bank checking account 3194 on 2/3/2021. Per debtor's representative the amount received is the entire asset, and it was overstated in the schedules. | | | | | |
| 5  Accounts Receivable 90 days or less | $50,000.00 | $50,000.00 | | $78,406.78 | FA |
| **Asset Notes:** $50,000 was an estimate in the schedules.  Trustee received $78,406.78. | | | | | |
| 6  Cravens Warren Insurance Agent refund of premium | $6,739.95 | $6,739.95 | | $4,909.58 | FA |
| **Asset Notes:** Property insurance policy. Debtor representative was told refund would be around $6739.95 - after deductions, ended up being $4909.58. | | | | | |
| 7  Cravens Warren Insurance Agent refund of premium | $26,410.86 | $26,410.86 | | $0.00 | FA |
| **Asset Notes:** General Liability/Professional Liability policy - Debtor representative states no premium refund will be received on this policy. | | | | | |
| 8  J.P. Morgan Chase Bank acct - 0008 (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** These funds were not property of the estate, they were patient trust funds.  Chase issued a check to the Trustee in error and the funds were returned after speaking with Texas HHS Trust Funds Dept. | | | | | |
| 9  YEAR 4 DECEMBER 2020 NURSING FACILITY QIPP & YEAR 4 QUARTER 1 NURSING FACILITY QIPP PAYMENTS FROM HSLH MEDICAID STAR+PLUS (u) | $40,924.06 | $40,924.06 | | $40,924.06 | FA |
| **Asset Notes:** QIPP payments for Village Creek Nursing Home for Year 4 and Year 4 Qtr 1 | | | | | |
| 10  Misc. business refunds (u) | $0.00 | $0.00 | | $15,515.33 | FA |
| **Asset Notes:** Misc. Medicaid refunds, employee insurance refunds and utility refunds unknown at the time of filing that have been received by Debtor. | | | | | |
| 11  Unclaimed funds received from the State of Texas Comptroller's Office (u) | $0.00 | $394.70 | | $394.70 | FA |

FORM 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page No: 2
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 21-40135-elm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | KB HEALTHCARE, INC. | Date Filed (f) or Converted (c): | 01/25/2021 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 03/03/2021 |
| | | Claims Bar Date: | 06/08/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: Unclaimed funds received from the State of Texas Comptroller's Office | | | | | |
| **Ref. #** | | | | | |
| 12　Possible preference actions | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Not pursuing avoidance actions because creditors will be paid 100%. | | | | | |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**
　　　　　　　　　　　　　　　　$243,235.60　　　　　$243,630.30　　　　　　　　　　$393,395.67　　　　　　　　　　$0.00

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 10/05/2022 | FP fee app order entered on 10/4/22.  TFR submitted on 10/5/22. |
| 09/30/2022 | K Boldt sent documentation showing he is the 100% owner of debtor. |
| 09/26/2022 | Once FP fee app order entered, can submit TFR. |
| 09/08/2022 | All asset administered (Chase accounts closed). |
| | Final tax return done and accepted. |
| | Accountant fees approved. |
| | No claims objections needed. |
| | No preferences since it appears to be 100% case. |
| | Fee App for Trustee's Counsel filed 9/9/2022. |
| 08/16/2022 | All asset administered except for closing Chase accounts. Less than $100. |
| | Final tax return done and accepted. |
| | Accountant fees approved. |
| | No claims objections needed. |
| | Checking with claim 2 TWC to see if it will amend claim to remove 2021 estimate. No operations or employees in 2021. Claim 2 as amended is okay. |
| | No preferences since it appears to be 100% case. |
| 08/12/2022 | Rec'd IRS prompt determination letter. |
| 07/11/2022 | Signed and returned final tax return. |
| 06/23/2022 | Received $78,406.78 for Medicaid refund. |
| 06/20/2022 | Should received last asset soon $78,406.78.  Will ask Sheldon to do another final return, then file fee applications. |
| 05/17/2022 | IRS amended POC. |
| 05/16/2022 | TWC Amended Claim 2 on 5/16/22 to reduce any claim for 2021 forward because there were no employees. |
| 04/25/2022 | Received prompt determination letter. |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3

| Case No.: | 21-40135-elm7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | KB HEALTHCARE, INC. | Date Filed (f) or Converted (c): | 01/25/2021 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 03/03/2021 |
| | | Claims Bar Date: | 06/08/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/21/2022 | Request for prompt determination faxed to IRS and saved into docs. Emailed efile auth to Sheldon. |
| 03/10/2022 | Status: waiting for refund from Medicare/Medicaid; Levy employed to file final tax return; claims reviewed; some tax claims may need resolution; will need accountant fee application; case still appears to be 100% or very close; depending on M/M refund. |
| 01/05/2022 | Follow up email to HHS regarding provider refund status. |
| 12/22/2021 | Sheldon Levy employed to do final return. |
| 11/05/2021 | Patient trust fund audit complete per HHS. |
| 09/13/2021 | Claims bar dates have passed. |
| | Total Claims on file: $204,926.67 |
| | Total cash on hand: $303,196.40 |
| | Possible additional payments to the estate: $50,000 |
| | Trustee has reviewed claims and sent them to Kevin Boldt for any comments. Kevin Boldt reviewed and sees no basis for objection. |
| | F&P employed as counsel. |
| | Beardsley employed to do Medicare/Medicaid reports. Those are completed. Final fee application is approved. |
| | Will need to employ accountant for tax return for 2021. Debtor's principal had 2018 and 19 and did 2020. |
| 09/13/2021 | There were about $355k in payments made during the 90 days prior to the chapter 7. |
| | Trustee will talk to Kevin Boldt about any possible defenses. |
| | Also, this case appears to be a 100% payment case, so preferences are likely not applicable. |
| | Preference suit deadline 1/25/23 |
| 09/13/2021 | Preference suit deadline 1/25/23 |
| 09/08/2021 | Order Approving Employment of Accountants to file Medicaid/Medicare cost reports entered 5/18/2021 [Dkt. No. 30] |
| | Awaiting refund from Medicaid/Medicare before closing Chase Bank accounts. HHS is completing Audit of Change of Ownership. |
| | Claims Bar date has run. |

| Initial Projected Date Of Final Report (TFR): | 01/31/2022 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ LAURIE DAHL REA |
|---|---|---|---|---|
| | | | | LAURIE DAHL REA |